Motion to dismiss appeal allowed November 28, 1916.

## YAMHILL SANITARY PUBLIC MARKET CO. v. STROWBRIDGE.

### (161 Pac. 93.)

**Appeal and Error—Abstract of Record—Failure to File.**
1. Where no abstract was filed within 20 days after the transcript was filed as required by Supreme Court Rule VI (56 Or. 616, 117 Pac. ix), and no reason given for the neglect, an appeal will be dismissed upon motion.

From Multnomah: George N. Davis, Judge.

This is an action by the Yamhill Sanitary Public Market Company, a corporation, against Joseph Strowbridge and the Strowbridge Estate Company, a corporation, in which judgment was rendered in the lower court in favor of defendants, and plaintiff appeals.

Respondents move to dismiss the appeal upon the ground stated in the opinion of the court.

Appeal Dismissed.

*Mr. H. W. Strong,* for the motion.

*Mr. Guy C. H. Corliss, contra.*

Opinion Per Curiam.

An appeal from a judgment rendered in this action against the plaintiff, a corporation, for the costs and disbursements was taken and perfected by it. The transcript was filed with our clerk July 8, 1916, but no abstract has been filed as required by Rule VI, of this court (56 Or. 616, 117 Pac. ix). The defendants' counsel, as soon as they learned of the default, moved upon notice to dismiss the appeal on account of that

failure.   No reason has been assigned or excuse given for the neglect.

Upon the authority of *Swanson* v. *Leavens,* 26 Or. 561 (40 Pac. 230), *Close* v. *Close,* 28 Or. 108 (42 Pac. 128), and *Morrison* v. *Hall,* 55 Or. 243 (104 Pac. 963), the appeal is dismissed.          DISMISSED.